IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFEPORT SCIENCES LLC, and<br>LIFESCREEN SCIENCES LLC,<br>　　　　　　　　Plaintiffs,<br>　　v.<br>COOK, INC. and<br>COOK MEDICAL LLC,<br>　　　　　　　　Defendants. | C.A. No. 13-cv-128-GMS |
| LIFEPORT SCIENCES LLC, and<br>LIFESCREEN SCIENCES LLC,<br>　　　　　　　　Plaintiffs,<br>　　v.<br>COOK, INC. and<br>COOK MEDICAL LLC,<br>　　　　　　　　Defendants. | C.A. No. 13-cv-362-GMS |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), LifePort Sciences LLC and LifeScreen Sciences LLC (collectively "Plaintiffs") and Cook, Inc. and Cook Medical LLC (collectively "Defendants"), hereby stipulate to dismiss with prejudice Plaintiffs' claims for relief against Defendants and Defendants' counterclaims against Plaintiffs. However, in the event that Defendants are again accused of infringing the asserted patents, Defendants may assert any and all affirmative defenses and may challenge the infringement, validity, and/or enforceability of the asserted patents. Plaintiffs and Defendants will each bear their own costs and fees related to this matter.

DATED:     March 14, 2016                     Respectfully submitted,

POTTER ANDERSON & CORROON LLP                 FARNAN LLP

/s/ David E. Moore                            /s/ Michael J. Farnan
Richard L. Horwitz (#2246)                    Brian E. Farnan (Bar No. 4089)
David E. Moore (#3983)                        Michael J. Farnan (Bar No. 5165)
Bindu A. Palapura (#5370)                     919 North Market Street, 12th Floor
Hercules Plaza, 6th Floor                     Wilmington, Delaware 19801
1313 N. Market Street                         (302) 777-0300
Wilmington, DE 19801                          (302) 777-0301 (Fax)
Tel: (302) 984-6000                           bfarnan@farnanlaw.com
rhorwitz@potteranderson.com                   mfarnan@farnanlaw.com
dmoore@potteranderson.com
bpalapura@potteranderson.com                  *Counsel for Plaintiffs LifePort Sciences LLC
                                              and LifeScreen Sciences LLC*

*Counsel for Defendants Cook Incorporated
and Cook Medical LLC*


SO ORDERED, this 15th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE